JS-6

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUTH M. KWON (Cal. Bar No. 232569)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3038
    Facsimile: (213) 894-7819
    E-mail: ruth.kwon@usdoj.gov

Attorneys for Defendant
United States Customs and Border Protection

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HUGO BENJAMIN OSORIO,<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION,<br><br>             Defendant. | No. CV 14-01758-DOC(AN)<br><br>[PROPOSED] ORDER DISMISSING<br>CASE WITH PREJUDICE [12] |

Court, having considered the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that:

The above-referenced case is dismissed with prejudice, in its entirety.

Dated: February 10, 2015

*signature*
Honorable David O. Carter
United States District Judge

1